IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KHALIL ROBINSON,<br><br>                Defendant. | 8:25CR222<br><br>ORDER |

The court, having granted Motion to Withdraw as Counsel (Filing No. 30), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Kenneth F. Jacobs, 209 South 19th Street, Suite 340, Omaha, NE 68102, (402) 346-8865, is appointed to represent Khalil Robinson for the balance of these proceedings pursuant to the Criminal Justice Act. The Federal Public Defender shall forthwith provide Kenneth F. Jacobs any discovery materials provided to the defendant by the government and any such other materials obtained by the Federal Public Defender which are material to Khalil Robinson's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Kenneth F. Jacobs.

DATED this 21st day of November, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge