IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KHALIL ROBINSON,<br><br>                Defendant. | 8:25CR222<br><br>ORDER |

**PROTECTIVE ORDER GOVERNING DISCLOSURE
OF DISCOVERY MATERIALS AND CONFIDENTIAL INFORMATION**

IT IS ORDERED:

1. The government's Motion for a Protective Order (Filing No. 41), is granted.

2. As to discovery materials received from the government, Defense counsel may review those materials with the Defendant, but the Defendant may not retain a copy of the materials. Defense counsel may allow their staff to review and retain a copy of the discovery materials.

3. Defendant and defense counsel, including their staff, shall not disseminate a copy of the discovery or the personal identification information and other confidential data within those materials to anyone else without first obtaining this Court's approval.

Dated this 1st day of December, 2025.

                                                        MICHAEL D. NELSON
                                                        United States Magistrate Judge